BANCO DI ROMA, Appellant, v. SCARA-MELLI et al., Respondents. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Banco di Roma against Louis J. Scaramelli and another. R. S. Coutant, of New York City, for appellant. M. S. Harris and A. S. Gilbert, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1149.

BANK OF UNITED STATES, Respondent, v. PUBLIC BANK OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Bank of the United States against the Public Bank of New York City. H. L. Moses, of New York City, for appellant. L. Sanders, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 1102.

BANNISTER v. MURRAY. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Corrine L. Bannister against George G. Murray. No opinion. Application denied, with $10 costs. Order signed. See, also, 152 N. Y. Supp. 192.

BANQUE CONTINENTALE DE PARIS, Respondent, v. LIEBMANN, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by the Banque Continentale de Paris against David Liebmann. L. C. Weiler, of New York City, for appellant. G. T. Hogg, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re BARNES. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) In the matter of the application of Maria C. Barnes for the appointment of commissioners to ascertain the damage to her property caused by the change of grade on East Main street, in the village of Cuba. No opinion. Motion for leave to appeal (151 N. Y. Supp. 1103) to Court of Appeals granted, and questions for review certified.

BARNES v. STERN BROS. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by William Barnes against the Stern Bros. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 887.

BARNET, Respondent, v. CROSS, Appellant. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by Jesse Barnet against James H. Cross. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to the appellant to withdraw the demurrer and answer upon payment of costs.

BARROW, Appellant, v. BARROW, Respondent. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. April 1, 1915.) Action by Robert McMillan Barrow against Constance Barrow. No opinion. Judgment affirmed, with costs. See, also, 150 N. Y. Supp. 1076.

BAUMAN v. ENGELMAN et al. (two cases). (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Rebecca Bauman and by Joseph H. Bauman against Joseph Engelman and others. J. C. Brand, of New York City, for appellants. H. Strizver, of New York City, for respondents. No opinion. Orders reversed, with $10 costs and disbursements, and motions granted, with $10 costs, on Sylvester v. Lewis, 55 App. Div. 470, 67 N. Y. Supp. 176. Orders filed.

BEGIEBING v. JAGERHUBER et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Emil F. Begiebing against Max Jagerhuber, impleaded with others. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1104; 152 N. Y. Supp. 783.

BEHRER, Respondent, v. ERNST, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Martin Behrer against Mary Ernst. No opinion. Judgment of the County Court of Richmond County reversed, and new trial ordered, costs to abide the event, on the ground of error in the exclusion of evidence offered at folio 65 of the record on appeal. See, also, 165 App. Div. 922, 149 N. Y. Supp. 1070.

BELL, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Edward Bell against the New York, Ontario & Western Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

BENSON v. YELLOW TAXICAB CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Catherine Benson against the Yellow Taxicab Company. No opinion. Motion granted, with $10 costs. Order filed.

BENTLEY, Respondent, v. CONTINENTAL INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Oliver H. Bentley against the Continental Insurance Company. No opinion. Judgment and order affirmed, with costs.

In re BERKELEY. (Supreme Court, Appellate Division, First Department. April 23, 1915.) In the matter of Lancelot M. Berkeley, an attorney. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.